FILED

08/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0700

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0700

_____

JEREMY LOOK,

     Cross-Claimant and Appellant,

v.

CASEY McGOWAN, MEGAN McGOWAN and
KAREN SPAWN McGOWAN,

     Cross-Defendants and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Jeremy Look, to all counsel of record, and to the Honorable Robert G. Olson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 16 2023